UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **GENERAL SECURITY NATIONAL INSURANCE CORPORATION** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-1682-JWD-SDJ** |
| **OTTO SALVADOR CELI, SR., et al** | |

### OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated August 29, 2024 (Doc. 34), to which no objection was filed;

**IT IS ORDERED** that Plaintiff's Motion to Remand (Doc. 11) is DENIED.

Signed in Baton Rouge, Louisiana, on September 18, 2024.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**